UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

Case No.   8:22-cr-00352-VMC-SPF

ZEESHAN HAYAT,

    Defendant.
_____/

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Zeeshan Hayat, respectfully moves the Court for an Order amending the conditions of his Pretrial Release permitting him to travel to the Northern District of Florida. Specifically, to travel to the Northern District of Florida for the purpose of visiting with his wife, Salma Karina Hayat at her designated Bureau of Prisons facility, Tallahassee Federal Correctional Institution. The grounds supporting this motion are set forth in the following Memorandum.

### MEMORANDUM

On March 16, 2022, Zeeshan and Salma Karina Hayat ("The Hayats") were charged by complaint with conspiracy to defraud the United States and to solicit and receive kickbacks. Doc. 1. The Hayats, who are citizens of Canada, were traveling with their children to Los Angeles International Airport on March 17, 2022, when they were arrested. Doc. 9.

An initial appearance hearing was held by video conference on the date of the Hayats' arrest, and they were ordered detained. Docs. 11-12. The Hayats were brought to the Middle District of Florida and remained in the custody of the U.S. Marshals in the Middle District of Florida.

On October 12, 2022, the United States filed a plea agreement. Doc. 59. As was explained both in the plea agreement and at the change of plea hearing, the Hayats have been cooperating with the government and continue to do so. Docs. 59, 66.

On October 17, 2022, Mr. Hayat waived indictment and plead guilty to the three (3) counts in the Information before Magistrate Judge Sean Flynn. Docs. 63-66.

On October 17, 2022, Magistrate Judge Flynn entered a Report and Recommendation Concerning the Plea of Guilty, recommending that Mr. Hayat's plea agreement and guilty plea be accepted. Doc. 68.

On October 18, 2022, this Court entered an Order Accepting the Plea and scheduled a sentencing hearing for January 5, 2023. Doc. 69.

Because of ongoing cooperation efforts and unique circumstances Mr. Hayat's sentencing hearing has been continued and Mr. Hayat's sentencing hearing is currently set for November 14, 2024. Docs. 100, 101.

Mr. and Mrs. Hayat's pretrial release was relocated out-of-district to the Western District of Washington so that they could be closer to their family in Canada. Doc. 98. Mr. Hayat is not permitted to travel elsewhere outside of the Middle District of Florida or the Western District of Washington without special permission from the Court or his pre-trial services officer. *Id.*

Mr. Hayat would like to fly from Seattle, Washington to Tallahassee, Florida while his children are in Seattle with him to visit with his wife while she is serving her sentence at Tallahassee FCI.

Mr. Hayat will comply with all additional requirements ordered by the Court or his supervising officer prior to and during any travel, should the Court require him to do so.

Undersigned counsel has conferred with Trial Attorney Catherine Wagner, who has graciously stated that the government does not oppose this motion.

WHEREFORE, Defendant Zeeshan Hayat respectfully moves the Court for an Order amending the conditions of his pretrial release permitting him to travel to the Northern District of Florida.

*/s/ James E. Felman*
James E. Felman (FBN 0775568)
Katherine Earle Yanes (FBN 0159727)
KYNES, MARKMAN & FELMAN, P.A.
Post Office Box 3396
Tampa, Florida 33601-3396
Telephone:  (813) 229-1118
Facsimile:   (813) 221-6750
JFelman@kmf-law.com
KYanes@kmf-law.com
*Counsel for Defendant Zeeshan Hayat*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 28, 2024, I electronically filed the foregoing with the Clerk of the Court which will send a notice of electronic filing to:

Catherine Wagner
catherine.wagner@usdoj.gov

Keith Clouser
david.clouser@usdoj.gov

*/s/ James E. Felman*
James E. Felman

4